# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 10-3741

_____

Joseph Johnson,                              *
                                             *
            Appellant,                       *
                                             *    Appeal from the United States
      v.                                     *    District Court for the
                                             *    Eastern District of Missouri.
Michael J. Astrue, Commissioner,             *
Social Security Administration,              *    [UNPUBLISHED]
                                             *
            Appellee.                        *

_____

Submitted: March 23, 2011
Filed: March 28, 2011

_____

Before WOLLMAN, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Joseph Johnson appeals the district court's[1] dismissal of his 42 U.S.C. § 405(g) action for lack of subject matter jurisdiction. Having carefully reviewed the record and considered Johnson's arguments for reversal, we agree with the district court's reasons for concluding that subject matter jurisdiction was lacking. See In Home

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri, adopting the report and recommendations of the Honorable Frederick R. Buckles, United States Magistrate Judge for the Eastern District of Missouri.

Health, Inc. v. Shalala, 272 F.3d 554, 559 (8th Cir. 2001) (de novo review). We Accordingly, the judgment is affirmed. <u>See</u> 8th Cir. R. 47B. We also deny the pending motion for sanctions.

_____